AARON D. FORD
  Attorney General
MATTHEW S. JOHNSON (Bar No. 12412)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1134
Fax: (775) 684-1108
msjohnson@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN JOSEPH SEKA,<br><br>        Petitioner,<br><br>vs.<br><br>CALVIN JOHNSON, WARDEN, *et al.*,<br><br>        Respondents. | Case No. 2:22-cv-02184-RFB-BNW<br><br>**STIPULATION AND ORDER TO STAY FEDERAL PROCEEDINGS PENDING COMPLETION OF PENDING STATE POST-CONVICTION PROCEEDINGS.** |

    Respondents, by and through counsel, Matthew S. Johnson, Senior Deputy Attorney General of the State of Nevada, and Petitioner John Joseph Seka, by and through Shelly Richter, Assistant Federal Public Defender, hereby stipulate as follows:

    An appeal from the denial of a state post-conviction petition containing one or more claims raised in Seka's Second or Successive Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, has been briefed and is waiting for a decision by the Nevada Supreme Court.

    The parties agree that the federal proceedings should be stayed until remittitur is issued following the Nevada Supreme Court's decision on the pending appeal in state court.

    The parties agree that Mr. Seka will file a status report regarding the progress of the pending appeal every six months from the date this Court issues the stay until the remittitur is issued. Respondents may, if necessary, file and serve a response to any such status report within 15 days after its service. If necessary, Mr. Seka may then file a reply within 15 days of service of the response.

/ / /

The parties agree that Mr. Seka will file a motion to reopen the federal proceedings within thirty days of the issuance of remittitur.

The parties agree that, unless Respondents request an extension of time, Respondents will have 60 days from the date this Court issues its order reopening the federal proceedings to respond to Mr. Seka's federal habeas petition.

The parties agree that Respondents do not, by stipulating to the instant stay, intend to waive any procedural defenses. Respondents do not concede that Mr. Seka's pending federal habeas petition will be considered fully exhausted, timely, or free from procedural default or any other error.

DATED this 23rd day of July, 2024.

AARON D. FORD
Attorney General

By: /s/ Matthew S. Johnson
MATTHEW S. JOHNSON (Bar. No. 12412)
Senior Deputy Attorney General

RENE L. VALLADARES
Federal Public Defender

By: /s/ Shelly Richter
SHELLY RICHTER (CA Bar No. 343104)
Federal Public Defender

IT IS SO ORDERED

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 8, 2024.