# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN JOSEPH SEKA,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-02184-RFB-BNW<br><br>**ORDER** |

    Respondents ask the Court for an extension of time to file a response to John Joseph Seka's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 11. Good cause appearing,

    **IT IS ORDERED** that Respondents' Motion for Extension of Time to file a response to the petition (ECF No. 11) is **GRANTED** *nunc pro tunc*. The deadline is extended to October 3, 2025.

    **DATED:** August 5, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**