# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN JOSEPH SEKA,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-02184-RFB-BNW<br><br>**ORDER** |

Respondents ask the Court for an extension of time to file a response to John Joseph Seka's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 13. Good cause appearing,

Therefore, **IT IS HEREBY ORDERED** that Respondents' second Motion for Extension of Time to file a response to the petition (ECF No. 13) is **GRANTED** *nunc pro tunc*. The deadline is extended to November 17, 2025.

**DATED:** October 9, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**