# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN JOSEPH SEKA, | Case No. 2:22-cv-02184-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

This habeas matter is before this Court on Respondents' motion for a 30-day extension of time to file their response to Petitioner John Joseph Seka's petition. ECF No. 15. This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that the motion for extension of time (ECF No. 15) is **GRANTED**. Respondents have up to and including **December 17, 2025**, to file their response.

**DATED:** December 9, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**