**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JOHN JOSEPH SEKA,

      Petitioner,

    v.

CALVIN JOHNSON, *et al*.

      Respondents.

Case No. 2:22-cv-02184-RFB-BNW

**ORDER**

This habeas matter is before this Court on Respondents' (ECF No. 18) Motion to Extend Time to file their exhibit index. The Court finds good cause exists to grant this Motion.

Also before the Court is Petitioner John Joseph Seka's unopposed (ECF No. 25) Motion for a 60-day extension of time to file his opposition to the Respondents Motion to Dismiss and (ECF No. 26) Motion for exemption from this Court's local rules regarding exhibits. First, the Court finds good cause also exists to grant Seka's requested extension. Second, regarding the exemption motion, Seka seeks leave to file the Nevada Supreme Court appendix from his recent state court exhaustion proceedings. Notwithstanding LSR 3-3(c),[1] the Court finds Seka has shown good cause exists to allow him to file the Nevada Supreme Court appendix to streamline the briefing process.

Therefore, **IT IS HEREBY ORDERED** that Respondents' Motion to Extend (ECF No. 18) is GRANTED, *nunc pro tunc*. Respondents' exhibit indexes (ECF Nos. 19-23) are considered timely filed.

**IT IS FURTHER ORDERED** that Seka's Motion to Extend (ECF No. 25) is GRANTED,

---

[1] LSR 3-3(c) provides that "the petitioner need not re-file his/her exhibits, but may refer to exhibits filed previously in the case" because "[t]he court disfavors the filing of duplicate exhibits."

*nunc pro tunc*. Seka has up to and including **April 3, 2026**, to file his opposition.

**IT IS FURTHER ORDERED** that the Motion for exemption from this Court's local rules (ECF No. 26) is **GRANTED**.

**DATED:** March 2, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -