Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org


*Attorney for John Joseph Seka

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

John Joseph Seka,

       Petitioner,

   v.

Calvin Johnson, et al.,

       Respondents.

Case No. 2:22-cv-02184-RFB-BNW

**Unopposed motion for an extension of time to file opposition to motion to dismiss (ECF No. 17)**

**(Second request)**

### POINTS AND AUTHORITIES

Petitioner John Seka respectfully seeks an extension to file his opposition to the State's motion to dismiss.  His opposition is currently due Friday, April 3, 2026.  ECF No. 29.  Here, Seka seeks an extension of 31 days, for a new deadline of Monday, May 4, 2026.

On Wednesday, April 1, 2026, undersigned counsel contacted Deputy Attorney Katrina A. Lopez and informed her of this extension request.  As a matter of professional courtesy, she had no objection to the request for an extension.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Mr. Seka.  I am familiar with Mr. Seka's case, have spoken with him numerous times, and have drafted most of the opposition to the motion to dismiss, which will be complex and substantial, given that the State's procedural arguments are intertwined with the merits of Mr. Seka's claims.  Indeed, the opposition is already over 50 pages long.  However, there are a few subsections that still need to be completed, which I intend to finish in the requested time.

I have had numerous pressing obligations in the past 60 days that prevented me from fully completing the opposition.  These included filing the amended petition in *Mahmoud*, 3:22-cv-00452-MMD-CLB (D. Nev. Jan. 26, 2026); the reply in support of the merits in *Lavoll*, 2:19-cv-02249-GMN-EJY (D. Nev. Feb. 17, 2026); the Ninth Circuit answering brief in *Skenandore*, 25-3475 (9th Cir. Feb. 13, 2026); state court post-conviction petitions in both *Castro*, A-21-835827-W (Eighth Judicial Dist. Ct. Feb. 5, 2026) and *Quintana*, A-22-856564-W (Eighth Judicial Dist. Court Feb. 26, 2026); state court oppositions or replies in support of initial pleadings in *Taliaoa*, A-23-871278-W (Eighth Judicial Dist. Ct. Feb. 5, 2026) and *White*, A-25-927050-C (Eighth Judicial Dist Ct. Feb. 24, 2026); and state court post-hearing briefs in *Baggett*, A-24-894507-W (Eighth Judicial Dist. Ct. Feb. 19, 2026) and *Feazell*, A-25-914824-W (Eighth Judicial Dist. Ct. Feb. 12, 2026).  I also extensively

prepared for and argued *Dixon*, 3:13-cv-00248-ART-CSD, before the Honorable Judge Traum on March 11, 2026.  In addition, I filed numerous shorter pleadings and prepared other pleadings that I will file imminently, including a 100-page Nevada Supreme Court opening brief in *Mercado*, 91130, and a motion for summary reversal and remand in the Ninth Circuit *Brown* case, 24-3671.  These responsibilities have kept me from completing the opposition in this case, which I will continue to prioritize in the time requested here.

For all the above reasons, Mr. Seka respectfully requests this Court grant an extension of time.

Dated April 3, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Shelly Richter*

Shelly Richter
Assistant Federal Public Defender

IT IS SO ORDERED:



United States District Judge

Dated: _____
4/6/2026